FREDERICK WILCOCK, Respondent, v. EAGLE SAVINGS AND LOAN COMPANY, Appellant.— Motion to dismiss appeal denied, without costs. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.